# United States Court of Appeals
## For the First Circuit

---

Nos. 24-1770, 1771, 1772, 1773, 1774

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellee,

v.

ZHIYING YVONNE GASARCH; MIKE K. VELDHUIS; PAUL SEXTON;
COURTNEY KELLN; JACKSON T. FRIESEN,

Defendants, Appellants,

FREDERICK L. SHARP; WILLIAM T. KAITZ; AVTAR S. DHILLON;
GRAHAM R. TAYLOR,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on February 19, 2026, is amended as follows:

On page 7, line 15, replace the word "garnish" with "garner".

On page 16, line 13, replace the word "segways" with "segues".

On page 59, line 23, replace "Gasarach's" with "Gasarch's".